MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
REBEKKAH B. BODOFF, ESQ.
Nevada Bar No. 12703
**AKERMAN LLP**
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:   (702) 634-5000
Facsimile:   (702) 380-8572
Email: melanie.morgan@akerman.com
Email: rebekkah.bodoff@akerman.com

*Attorneys for Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSE BENJAMIN RODRIGUEZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE, LLC; HSBC BANK N.A AS TRUSTEE FOR HOLDERS OF DEUTSCHE ALT-A SECURITIES MORTGAGE LOAN TRUST, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-OA1; CLEAR RECON CORP; COUNTRYWIDE BANK, NA; BANK OF AMERICA, N.A. AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING LP FKA COUNTRYWIDE HOME LOANS SERVICING LP.,<br><br>Defendants. | Case No.: 2:16-cv-02180<br><br>**DEFENDANT BANK OF AMERICA, N.A.'S MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**[FIRST REQUEST]** |

Defendant Bank of America, N.A,[1] named here in its own capacity and as successor by July 1, 2011 *de jure* merger with BAC Home Loans Servicing, L.P. f/k/a Countrywide Home Loans

---

[1] Plaintiff also names Countrywide Bank, N.A. ("Countrywide Bank") as a defendant. Effective April 27, 2009, Countrywide Bank merged with and into Bank of America, N.A.

{39621453;1}

Servicing LP (**BANA**) moves to extend time to file the initial responsive pleadings under Federal Rule of Civil Procedure 6(b) and Local Rule 6-1. Although BANA has not been served with the summons and complaint in this matter, it file this motion out of an abundance of caution and seeks an order granting it until November 7, 2016, to respond to the Complaint.

## I. Case Background

This dispute arises out of the servicing, and eventual foreclosure, of a loan secured by a deed of trust encumbering real property located at 4353 Grey Spencer Dr., Las Vegas, NV 89141. Plaintiff alleges a number of federal and state claims against defendants including violations of the Truth in Lending Act, Regulation Z, and NRS 107.

## II. Good Cause Exists To Grant

BANA seeks additional time to respond to the complaint. In the course of obtaining and reviewing its records in this case, it came to undersigned counsel's attention that on the same day plaintiff filed this suit, he also filed for bankruptcy. In light of this, defendants Nationstar Mortgage, LLC (**Nationstar**) and HSBC Bank, N.A. (**HSBC**) filed a notice of bankruptcy [ECF No. 5] and motion to extend time [ECF No. 4.] on September 21, 2016. On September 23, 2016, the Court granted Nationstar and HSBC's motion to extend time and granted Nationstar and HSBC until November 7, 2016, to respond to the complaint.

This request is not being made for improper purpose and no party will be prejudiced by the requested relief.

///
///
///
///
///
///
///
///

{39621453;1}                                    2

### III. Conclusion

Based on the foregoing, the Court should grant the requested extension and allow BANA until November 7, 2016, to respond to the complaint in this matter.

DATED this 26th day of September, 2016.

**AKERMAN LLP**

*/s/ Rebekkah Bodoff*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
REBEKKAH B. BODOFF, ESQ.
Nevada Bar No. 12703
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:   (702) 634-5000
Facsimile:   (702) 380-8572
Email: melanie.morgan@akerman.com
Email: rebekkah.bodoff@akerman.com

*Attorneys for Bank of America, N.A.*

IT IS SO ORDERED.

DATED: September 27, 2016

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

{39621453;1}

3

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of Akerman LLP, and that on the 26th day of September, 2016, I caused to be served a true and correct copy of the foregoing **DEFENDANT BANK OF AMERICA, N.A.'S MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT [FIRST REQUEST]**, in the following manner:

(**Electronic Service**)  Pursuant to FRCP 5(b), the above referenced document was electronically filed on the date hereof with the Clerk of the Court for the United States District Court by using the Court's CM/ECF system and served through the Court's Notice of electronic filing system automatically generated to those parties registered on the Court's Master E-Service List.

Laurel I. Handley, Esq.
Krista J. Nielson, Esq.
Aldridge Pite, LLP
520 South 4th Street, Suite 360
Las Vegas, Nevada 89101
knielson@aldridgepite.com
*Attorneys for Defendant Clear Recon Corp.*

**(UNITED STATES MAIL)** By depositing a copy of the above-referenced document for mailing in the United States Mail, first-class postage prepaid, at Las Vegas, Nevada, to the parties listed below at their last-known mailing addresses, on the date above written:

Jose Benjamin Rodriguez
4353 Grey Spencer Drive
Las Vegas, Nevada 89141

*Plaintiff Pro Per*

　　　　　　　　　　　　　　　　　　　　　　*/s/ Carla Llarena*
　　　　　　　　　　　　　　　　　　　　　　An employee of AKERMAN LLP

{39621453;1}　　　　　　　　　　4