MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
REBEKKAH B. BODOFF, ESQ.
Nevada Bar No. 12703
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:     (702) 634-5000
Facsimile:      (702) 380-8572
Email: melanie.morgan@akerman.com
Email: rebekkah.bodoff@akerman.com

*Attorneys for Defendants Bank of America, N.A.,
Nationstar Mortgage LLC and HSBC Bank, N.A.,
as Trustee for Holders of Deutsche Alt-A Securities
Mortgage Loan Trust, Mortgage Pass-Through Certificates,
Series 2006-OA1*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Jose Benjamin Rodriguez,<br><br>                         Plaintiff,<br><br>v.<br><br>Nationstar Mortgage, LLC *et al.*,<br><br>                         Defendants. | Case No.:     2:16-cv-02180-KJD-CWH<br><br>**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF THEIR MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

Defendants Bank of America, N.A. (**BANA**), on its own behalf and as successor by merger to Countrywide Bank, N.A. and BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP[1], Nationstar Mortgage LLC (**Nationstar**), and HSBC Bank, N.A. as Trustee for Holders of Deutsche Alt-A Securities Mortgage Loan Trust, Mortgage Pass-Through Certificates Series 2006-OA1 (**HSBC**) by and through their attorneys, hereby submit their motion for a two-week extension of time to file their respective reply briefs in response to the oppositions to the

---

[1] Countrywide Bank, N.A. merged with and into Bank of America, N.A. effective April 27, 2009.  Also on April 27, 2009, Countrywide Home Loans Servicing LP changed its name to BAC Home Loans Servicing, LP.  BAC Home Loans Servicing, LP merged with and into Bank of America, N.A. effective July 1, 2011.

{40130755;1}

1 motion to dismiss filed by the Plaintiff [ECF Nos. 19 and 20].  In support thereof, BANA, Nationstar
2 and HSBC state as follows:

3     1.    Plaintiff filed an opposition to Defendants' motion to dismiss on November 23, 2016.

4     2.    Defendants' reply is currently due on December 1, 2016, and the time in which to file
5 the reply has not yet expired.

6     3.    Defendants' motion is not intended for the purpose of delay.  No previous extensions
7 of time have been requested or granted by this Court.

8 WHEREFORE, BANA, Nationstar and HSBC respectfully move this Court for an Order
9 extending the time in which they may file reply briefs in further support of their motions to dismiss
10 up to and including December 15, 2016.

12 DATED December 1, 2016.

**AKERMAN LLP**

/s/ *Melanie D. Morgan, Esq.*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
REBEKKAH B. BODOFF, ESQ.
Nevada Bar No. 12703
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Defendants Defendants Bank of America, N.A., Nationstar Mortgage LLC and HSBC Bank, N.A., as Trustee for Holders of Deutsche Alt-A Securities Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2006-OA1*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 15, 2016

{40130755;1}                                    2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 1, 2016 and pursuant to Fed. R. Civ. P. 5(b), I served via the CM/ECF electronic filing system and/or U.S. Mail a true and correct copy of the foregoing **MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF ITS MOTION TO DISMISS** to:

| | | |
|---|---|---|
| Jose Benjamin Rodriguez<br>4353 Grey Spencer Drive<br>Las Vegas, NV 89141<br>702-502-9648<br>(MAIL) | Krista Nielson<br>Anthony R. Sassi<br>ALDRIDGE PITE, LLP<br>520 s. Fourth St., Ste. 360<br>Las Vegas, NV 89101 | |

/s/ *Renee Livingston*
An employee of AKERMAN LLP

{40130755;1}   3